UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHARI MORMAN AND DIANA WALKER

VERSUS

LOUISIANA DEPARTMENT OF PUBLIC
SAFETY AND CORRECTIONS, ET AL.

CIVIL ACTION

NO. 13-195-SDD-SCR

### RULING

The Court, after carefully considering the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Stephen C. Riedlinger dated May 23, 2013, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiffs' *Motion and Memorandum for Remand* (Rec. Doc. 5) shall be GRANTED.

Baton Rouge, Louisiana, June 13, 2013.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA